**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **TUAN QUAC PHAM,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-598-G** |
| | ) | |
| **TODD BLANCHE, Acting Attorney General, et al.,** | ) | |
| | ) | |
| **Respondents.**[1] | ) | |

# ORDER

On March 24, 2026, Petitioner Tuan Quac Pham filed a Petition for Writ of Habeas Corpus (Doc. No. 1), challenging his detention by U.S. Immigration and Customs Enforcement pursuant to 28 U.S.C. § 2241. In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Shon T. Erwin for preliminary review.

On May 15, 2026, Judge Erwin issued a Report and Recommendation ("R. & R.," Doc. No. 22), in which he recommended this action be dismissed as moot. *See id.* at 3; *see also Bermudez v. Figueroa*, No. CIV-26-179-JD, 2026 WL 925524, at *2 (W.D. Okla. Apr. 6, 2026). In the R. & R., Judge Erwin advised the parties of their right to object to the R. & R. by May 22, 2026. Judge Erwin also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the R. & R.

---

[1] David J. Venturella, Acting Director of U.S. Immigration and Customs Enforcement, is hereby substituted as respondent for Todd M. Lyons pursuant to Rules 25(d) and 81(a)(4) of the Federal Rules of Civil Procedure.

As of this date, no party has submitted an objection to the R. & R., sought leave for additional time to do so, or otherwise been in contact with the Court.

CONCLUSION

Accordingly, the Report and Recommendation (Doc. No. 22) is ADOPTED in its entirety. The Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED as moot. A separate judgment shall be entered.

IT IS SO ORDERED this 21st day of August, 2026.

Charles B. Goodwin

CHARLES B. GOODWIN
United States District Judge